February 14, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AGILITY PROJECT LOGISTICS, INC., Appellant

NO. 14-11-00793-CV                V.

CONTRACTORS CARGO COMPANY, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on July 15, 2011. Having considered the motion and found it meritorious, we order the appeal dismissed with prejudice.

We order the cause **REMANDED** to the trial court with instructions to **VACATE** the default judgment signed July 15, 2011, dismiss all claims with prejudice, and order costs taxed against the party incurring the same. We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.